UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br>   v.<br><br>SLEEP NUMBER CORPORATION D/B/A SLEEP NUMBER,<br><br>              Defendant. | Case No. 1:20-cv-03552-SJF-ARL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**FILED CLERK**<br>11:21 am, Dec 15, 2020<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND OFFICE |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  December 14, 2020

For the Plaintiff:

By: ___/s/ Jonathan Shalom___
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Telephone:  (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com

For the Defendant:

By: ___/s/ Sean J. Kirby___
Sean J. Kirby, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 634-3023
Email: skirby@sheppardmullin.com

*The Clerk of the Court is directed to CLOSE this case.*

SO ORDERED:

/s/ Sandra J. Feuerstein
_____
Hon. Sandra J. Feuerstein, U.S.D.J.
Date: 12/15/2020